**LaMonica Herbst & Maniscalco, LLP**
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Ph. 516.826.6500
Salvatore LaMonica, Esq.
Adam P. Wofse, Esq.
Jacqulyn S. Loftin, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

OAK ROCK FINANCIAL, LLC,   Chapter 11
                            Case No. 13-72251-DTE
        Debtor.
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

        PATRICIA GRODSKI, being duly sworn, deposes and says:

        Deponent is not a party to the action, is over 18 years of age and resides in Bellmore, NY.

        On October 18, 2013, deponent served the ***NOTICE OF HEARING ON THE INTERIM APPLICATIONS FOR ALLOWANCE OF COMPENSATION AND THE REIMBURSEMENT OF EXPENSES OF THE DEBTOR'S RETAINED PROFESSIONALS*** by First Class Mail upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of United States Postal Service within the State of New York.

To:    **See annexed Service List**

                                              *s/Patricia Grodski*
                                              PATRICIA GRODSKI

Sworn to before me this
18th day of October 2013
***s/David A. Blansky***
David A. Blansky
Notary Public, State of New York
No. 02BL6008775
Qualified in Nassau County
Commission expires June 15, 2014

## **SERVICE LIST**

Office of the United States Trustee
Long Island Federal Courthouse
560 Federal Plaza
Central Islip, NY 11722-4456
Attn: Christine H. Black, Esq.

Jonathan Helfat, Esq.
John Bougiamas, Esq.
Adam C. Silverstein, Esq.
Daniel F. Fiorillo, Esq.
Melanie Cyganowski, Esq.
OTTERBOURG STEINDLER
HOUSTON & ROSEN, P.C.
230 Park Avenue
New York, NY 10169
*Counsel for Israel Discount Bank*

James L. Garrity, Jr.
Patrick D. Fleming, Esq.
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
*Counsel to Bank of America*

*Notices of Appearance:*

Jerome Reisman, Esq.
REISMAN PEIREZ REISMAN & CAPOBIANCO LLP
1305 Franklin Avenue, PO Box 119
Garden City, NY 11530
*Counsel AmeriMerchant LLC*

Joseph Capobianco, Esq.
REISMAN PEIREZ REISMAN & CAPOBIANCO LLP
1305 Franklin Avenue, PO Box 119
Garden City, New York 11530
*Counsel to Creditor Merchants Advance, LLC*

Tracy L. Klestadt, Esq.
Patrick Orr, Esq.
KLESTADT & WINTERS, LLP
570 Seventh Avenue, 17th Floor
New York, NY 10018
*Counsel to BasePoint Capital, LLC*

Jay L. Gracin, Esq.
BASEPOINT CAPITAL, LLC
39 Lewis Street, 2nd Floor
Greenwich, CT 06830

Steven M. Kaplan, Esq.
Eric S. Schaer, Esq.
KAPLAN & LEVENSON P.C.
630 Third Avenue
New York, NY 10017
*Counsel to Eric Rothenberg, Alisse Rothenberg, Eric Jay Rothenberg Rollover IRA, Jeffrey Rapaport, Jeffrey Rapaport M.D. Defined Benefit Profit Sharing Plan, Shelley Saftler, Corey M. Saftler CGM IRA Custodian, Corey M. Saftler, POS Funding, Laura Kaplan, Alan Guber Jacalyn Weidhorn and Florence Guber*

Ronald M. Terenzi, Esq.
Michael Kwiatkowski, Esq.
STAGG, TERENZI, CONFUSIONE & WABNIK, LLP
401 Franklin Avenue, Suite 301
Garden City, NY 11530
*Counsel to LutherSales Furniture & Appliances*

Mitchell D. Cohen, Esq.
Michael L. Schein, Esq.
VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Timothy P. Neumann, Esq.
BROEGE, NEUMANN, FISCHER & SHAVER, LLC
25 Abe Voorhees Drive
Manasquan, NJ 08736
*Counsel to Prime Plus Acquisition Corp.*

Paul S. Hollander, Esq.
James J. DeLuca, Esq.
Gregory S. Kinoian, Esq.
OKIN, HOLLANDER & DeLUCA, L.L.P.
One Parker Plaza, 12th Floor
400 Kelby Street
Fort Lee, NJ 07024
*Counsel to North Mill & ZFI Endowment*

Schuyler G. Carroll, Esq.
Perkins Coie LLP
30 Rockefeller Center, 22nd Floor
New York, NY 10112-0085
*Counsel to David Schellhardt and Robert Baker*

David Neier, Esq.
Michael S. Elkin, Esq.
Thomas P. Lane, Esq.
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-1493
*Counsel to EisnerAmper LLP*

Michael G. Mc Auliffe, Esq.
68 South Service Road, Suite 100
Melville, NY 11747
*Counsel to William Clark, Barbara Grillo, John Grillo, Rose Mc Geever, Clinton Brown III, Brown Family Group, LLC., The Estate of*
*James Gried, Natalie Grillo and Charles Cobb*

Howard C. Crystal, Esq.
NOVACK BURNBAUM CRYSTAL LLP
300 East 42nd Street, 10th Floor
New York, NY 10017
*Counsel to M.K. Auto, Inc.*

Steven Weinberg, Esq.
GOTTESMAN, WOLGEL, MALAMY, FLYNN & WEINBERG, P.C.
11 Hanover Square, 4th Floor
New York, NY 10005
*Counsel to SBA, as Receiver for Redstone*

Arlene P. Messinger, Esq.
Assistant General Counsel
U.S. Small Business Administration
409 Third Street, S.W., 7th Floor
Washington, DC 20416
*Counsel to U.S. Small Business Administration as Receiver of Redstone Business Lenders, LLC*

John N. Villios, Esq.
District Counsel
U.S. Small Business Administration
Two Gateway Center, Suite 501
Newark, NJ 07102
*Counsel to U.S. Small Business Administration as Receiver of Redstone Business Lenders, LLC*

Kenneth P. Silverman, Esq.
Adam L. Rosen, Esq.
SILVERMANACAMPORA LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753
*Counsel to The United States Small Business Administration, as Receiver of Redstone Business Lenders, LLC*

George Klidonas, Esq.
George A. Stamboulidis, Esq.
Lauren J. Resnick, Esq.
Benjamin D. Pergament, Esq.
Jorian L. Rose, Esq.
BAKER & HOSTETLER, LLP
45 Rockefeller Plaza
New York, NY 10111
*Counsel to John E. Dell*

Michael Birnberg, Esq.
500 Campus Drive
Morganville, NJ 07751
*Counsel to The Birnberg Foundation, Finquest, Inc., Jack Birnberg Trust, Birnberg Group Of Florida, Inc., Michael Ivan Birnberg Trust, Jeffrey David Birnberg Trust and Saul Birnberg*

John S. Mairo, Esq.
Kelly D. Curtin, Esq.
PORZIO, BROMBERG & NEWMAN, P.C.
100 Southgate Parkway
PO Box 1997
Morristown, NJ 07962
*Counsel to Oasis Oak Rock Investors, LLC*

<u>**Interested Parties:**</u>

Louis A. Scarcella, Esq.
Farrell Fritz, P.C.
1320 RXR Plaza
Uniondale, NY 11556-1320

<u>**Courtesy copy to:**</u>

Clifford A. Zucker, CPA
Jenna Voss
Kevin DeLuise
COHNREZNICK, LLP
CRO of Oak Rock Financial, LLC
333 Thornall Street
Edison, NJ 08837

*All Known Creditors of the Estate &*
*All Applicable Taxing Authorities:*

Allison Dassau
(Custodian for Cooper Dassau)
79 Deer Valley Drive
Nesconset, NY 11767

Alison Dassau
79 Deer Valley Drive
Nesconset, NY 11767

Alisse Rothenberg
60 East End Avenue, Apt. 24C
New York, NY 10028

Argarita Palavicini
147 Madison Street
Mastic, NY 11950

Arlene Saftler
860 East Broadway, Apt. 7-R
Long Beach, NY 11561

AT & T
Attn: Legal Dept.
PO Box 105262
Atlanta, GA  30348-5262

Atlantic Property Services LLC
150 Broadhollow Road
Melville, NY 11747

Bank Hapoalim B.M.
1177 Avenue of the Americas
New York, NY 10036

Bank Leumi USA
Attn: Nancy Pulla, AVP
562 5th Avenue
New York, NY 10036

Bankruptcy Administrator
Delaware Division of Revenue
820 N. French Street, 8th Floor
Wilmington, DE 19801

Basepoint Specialty Finance, LLC
Attn: Andrew Neuberger
39 Lewis Street, 2nd Floor
Greenwich, CT 06830

BellSouth Telecommunications, Inc.
% AT&T Services, Inc
Karen Cavagnaro, Paralegal
One AT&T Way, Room 3A231
Bedminster, NJ 07921

Birnberg Group of Florida, Inc.
25 Whitney Road
Mahwah, NJ 07430

Board of Equalization
PO Box 942879
Sacramento, CA 24279-7072

Capital One, N.A.
1680 Capital One Drive
McLean, VA 22102

CDW Direct
Attn: Tyler Wolf
PO Box 75723
Chicago, IL  60675-5723

Charles Cobb and Jennifer Cobb
215 First Avenue
Port Jefferson, NY 11777

Christian & Maria Garsault
P.O. Box 226440
Miami, FL 33222

Christopher Dowd
47 Maple Glen Lane
Nesconset, NY 11767

Christopher Murphy
6 Empress Pines Drive
Nesconset, NY 11767

Clinton Brown III
22 California Street
Hicksville, NY  11801

Comptroller of Public Accounts
111 E. 7th Street
Austin, TX 78774-0100

Corey Saftler
Individual and as Custodian
100 Winston Dr., Apt. 6K(N)
Cliffside Park, NJ 07010

Corey M. Saftler
c/o Cynergy USA
333 Sylvan Avenue
Englewood Cliffs, NJ 07632-2732

CT Lien Solutions
PO Box 200824
Houston, TX  77216

CT Corporation
New York Customer Service Group 3
Attn: A/R Dept.
111 Eighth Avenue, 13th Floor
New York, NY  10011

CT Lien Solutions
Attn: Jordan Bradford
PO Box 3248
Houston, TX  77253-3248

Damaliz Rivas
53 Pinewood Lane
Central Islip, NY 11722

David Schellhardt
24014 Burnt Hill Road
Clarksburg, MD 20871

Dianne Gomez
15590 SW 61 Terrace
Miami, FL 33193

Donna McNulty
75 S. Friedner Lane
Bohemia, NY 11716

Dr. Alan Guber DMD
111 Broadview Avenue
New Rochelle, NY 10804

Dr. Jeffrey Rappaport
333 Sylvan Avenue, 2nd Floor
Englewood Cliffs, NJ 07632

Dr. Jeffrey Rapaport
11 Robin Lane
Alpine, NJ 07620

Dr. Alan Gruber, DMD
111 Broadview Avenue
New Rochelle, NY  10804

David Birnberg
25 Whitney Road
Mahwah, NJ 07430

Elena Fischer & Maria Garsault
10253 NW 9th Street, Apt. 507
Miami, FL 33172

Equifax
PO Box 105835
Atlanta, GA  30348-5835

Eric Rothenberg
60 East End Avenue, Apt. 24C
New York, NY 10028

Estate of Elinor Yagerman
Attn: Lynn Murphy, Executor
6 Empress Pines Drive
Nesconset, NY 11767

Lynn Murphy
6 Empress Pines Drive
Nesconset, NY 11767

Farm Family Casualty Insurance Co.
PO Box 22019
Albany, NY 12201-2019

Finquest, Inc.
25 Whitney Road
Mahwah, NJ 07430

First Choice Financial and Xrimz LLC
Attention Robert Cunningham
515 Electric Road
Salem, VA  24153

First National Bank of New York
538 Broadhollow Road, Suite 301
Melville, NY 11747

First National Bank of New York
152 West 57th Street, 52nd Floor
New York, NY 10019

Florence Guber
1 Kensington Gate, PH 6
Great Neck, NY 11021

Hinshaw & Culbertson
222 North LaSalle Street, Suite 300
Chicago, IL 60601-1081

Hosting Com
PO Box 824164
Philadelphia, PA  19182-4162

Illinois Department of Revenue
Retailers Occupation Tax
Springfield, IL 62796-0001

Intercounty Envelope Inc.
Attn: Jack Ahl
331-D Dante Court
Holbrook, NY  11741

Israel Discount Bank of New York
Attn: Neal Lander
511 Fifth Avenue
New York, NY 10017

Jacalyn Weidhorn
20 Fox Run
Roslyn Heights, NY 11577

Jack Birnberg, as Trustee
5304 Ascot Bend
Boca Raton, FL 33496-1605

Jack Birnberg, as Trustee
25 Whitney Road
Mahwah, NJ 07430-3129

Jack Dell
c/o Prime Plus Acquisition Corp.
1438 White Spruce Drive
Toms River, NJ 08753

Jack Dell
c/o Prime Acquisition Corp.
1438 White Spruce Drive
Toms River, NJ 08753

James Agals
64 Blackwatch Court
Southampton, NY 11968

James Gries
9 California Street
Hicksville, NY 11801

Jaroslaw Kuklinski
8 Lavern Drive
Middle Island, NY 11953

Jean Ferrara
37 Buttercup Drive
Bohemia, NY 11716

John P. Murphy
6 Empress Pines Drive
Nesconset, NY 11767

Jeffrey Rapaport
As Individual and as Trustee
11 Robin Lane
Alpine, NJ 07620

John Dell
65 Fullerwood Drive
St. Augustine, FL 32084

John E. Dell II
20 Waterside Plaza, Apt. 13-J
New York, NY 10010

Laura Kaplan
3625 North Country Club Rd., Apt. 310
Aventura, FL 33180

Lauren Dowd
47 Maple Glen Lane
Nesconset, NY 11767

Lawrence & Maureen Cox
641 Flock Avenue
Naperville, IL 60565

Lizbeth Garcia Mesa
11201 S.W. 29th Street
Miami, FL 33165

Manuel Ramos
189 Woodvale Avenue
Staten Island, NY 10309

Mariela Wayne
3700 Justinson Road
Miami, FL 33133

Massachusetts Dept. of Revenue
PO Box 7043
Boston, MA 02204

Medallion Business Credit
Attn: Connie Mitchko, Executive VP
270 South Main St., Suite 200
Flemington, NJ 08822

Medallion Business Credit
Attn: Gerald Grossman, President
437 Madison Avenue
New York, NY 10022

Michael I. Birnberg Trust
25 Whitney Road
Mahwah, NJ 07430

Miriam Cardwell
7805 Camino Real, Apt. H115
Miami, FL 33143

Natalie Grillo
6 Shore Drive
Old Field, NY 11733

North Mill Capital LLC
Attn: Jeffrey Goldrich, CEO
821 Alexander Road, Suite 130
Princeton, NJ 08540

NYS Department of Labor
State Office Campus
Building # 12, Room # 256
Albany, NY 12240

ONX USA LLC
4842 Solution Center
Chicago, IL 60677-4008

Oxford Health Plans
PO Box 1697
Newark, NJ  07101-1697

Pitney Bowes
2225 American Drive
Neenah, WI  54956-1005

Pitney Bowes Inc
4901 Belfort Rd, Ste 120
Jacksonville FL 32256

Pitney Bowes Inc
Attn: A/R Dept.
PO Box 371874
500 Ross Street, Suite 154-0470
Pittsburgh, PA  15262-0001

Poland Spring Direct, A Div of Nestle
Waters North America Inc
Attn: A/R Dept.
#215 6661 Dixie Hwy., Suite 4
Louisville, KY  40258

POS Funding
Attn: Paul Ehrman
333 East 34th Street, Apt. 3L
New York, NY 10016

Prime Plus Acquisition Corp.
1438 White Spruce Drive
Toms River, NJ 08753

Purchase Power
PO Box 371874
Pittsburgh, PA  15250-7874

R.B. Baker Holdings, LLC
Attn: Robert Baker
70 Shirley B. James Dr.
Savannah, GA 31408

Robert Baker
79 Ponte Vedra Boulevard
Ponte Vedra Beach, FL  32082

RAS Group Inc
Attn: Larisa Geskina
438 Fifth Avenue, 2nd Floor
Pelham, NY  10803-1257

RR&A Realty Development Corp.
PO Box 1251
Ronkonkoma, NY 11779

SBA as Receiver for
Redstone Business Lenders LLC
Attn: Brian S. Stern, Prin. Agent for Receiver
1100 G Street, N.W., 11th Floor
Washington, DC 20005

Robert Wayne & Margarita Cardwell
1190 San Pedro
Coral Gables, FL 33156

Ryan Dassau
79 Deer Valley Road
Nesconset, NY 11767

Saul Birnberg
18556 Sunburst Ln C
Boca Raton, FL 33496-5149

Summa Capital Corp.
Attn: Howard Schulder
136 East 57th Street, Suite 1105
New York, NY 10022

Shari Markowitz Savitt
General Counsel
EisnerAmper LLP
750 Third Avenue
New York NY 10017

Shelley Saftler
100 Winston Drive, Apt. 6K(N)
Cliffside Park, NJ 07010

Storix Inc
Attn: A/R Dept.
7801 Mission Center Ct., Suite 250
San Diego, CA  92108

Technologent
c/o CA United Bank
15821 Ventura Blvd., Suite 100
Encino, CA 91436

The Birnberg Foundation
25 Whitney Road
Mahwah, NJ 07430-3129

The Hartford
PO Box 8500-3690
Philadelphia, PA 19178-3690

United Parcel Service Inc
Corporate Headquarters
Attn: A/R Dept.
55 Glenlake Parkway NE
Atlanta, GA  30328

United Parcel Service
c/o Receivable Management Services
P.O. Box 4396
Timonium, MD 21094

UPS
PO Box 7247-0244
Philadelphia, PA  19170-0001

Valley National Bank
Attn: Legal Dept.
1455 Valley Road
Wayne, NJ 07470

Vincent & Katherine Salvatore
9901 Seacreast Circle, Apt. 201
Boyton Beach, FL 33437

Viola Rothenberg
c/o Eric Rothenberg
60 East End Avenue, Apt. 24C
New York, NY 10028

Vtautas Malisauskas
245 Lawrence Blvd.
Trumball, CT 06611

William Jackson, CEO
Merchant Money, Inc.
2170 Buckthorne Place, Suite 310
The Woodlands, TX  77380

XO Communications
13865 Sunrise Valley Drive
Herndon, VA  20171

XO Communications
8851 Sandy Parkway
Sandy, UT  84070

United States Attorney's Office
Eastern District of New York
Attn: Long Island Bankruptcy Processing
610 Federal Plaza, 5th Floor
Central Islip, NY 11722-4454

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

NYC Department of Finance
345 Adams Street, 3rd Floor
Attn: Legal Affairs Division
Brooklyn, NY 11201-3719

NYC Department of Finance
Office of Legal Affairs
(Parking Violations)
345 Adams Street, 3rd Floor
Brooklyn, NY 11201

NYS Dept. of Taxation & Finance
Bankruptcy Unit -TCD
Building 8, Room 455
W.A. Harriman State Campus
Albany, NY 12227

NYS Department of Taxation & Finance
Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205-5300

NYS Sales Tax Processing
PO Box 15168
Albany, NY 12212-5168

Securities and Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022

State of New Jersey
Dept. of Taxation Sales & Tax Use
CN 999
Trenton, NJ 08646-0999

U.S. Dept. of Health & Human Services
Office of the General Counsel
26 Federal Plaza, Room 3908
New York, NY 10278

U.S. Department of Housing
& Urban Development
Office of Regional Counsel for NY/NJ
26 Federal Plaza, Room 3500
New York, NY 10278

U.S. Environmental Protection Agency
Office of the Regional Counsel
Region 2 - New York/Caribbean
Superfund Branch
Attn: Douglas Fischer, Esq.
290 Broadway, 17th Floor
New York, NY 10007-1866

Vermont Department of Taxes
PO Box 547
Montpelier, VT 05601-0547

*M:\Documents\Company\Cases\Oak Rock Financial, LLC\Fee App\LH&M\First Fee App\AOS - First Fee App Notice.docx*